UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| Channer, LLC, Jerome Davis, National § | Civil Case No.: 3:17-CV-546-L |
| Debt Assistance, Plain Green LLC § | |
| Defendants. § | |
| § | |
| § | |
| § | |

## AGREED MOTION OF DISMISSAL WITH PREJUDICE AS TO PLAIN GREEN ONLY

Now comes Plaintiff, through undersigned counsel, and hereby dismisses, with prejudice, all causes of action and claims only as to defendant against Defendant, Plain Green, LLC. Each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of August, 2017.

Respectfully submitted:

*/s/ Aaron Mulvey*
Aaron Mulvey
Law Offices of Aaron K. Mulvey, PLLC
518 N. Manus Dr.
Dallas, TX 75224
aaron@mulveylaw.net
*Attorney for Craig Cunningham*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 2nd day of August, 2017.

> */s/ Aaron Mulvey*
> Aaron Mulvey
> *Attorney for Craig Cunningham*

**Certificate of Conference**

On August 1, 2017, the counsel of parties conferred pertaining to the substance of this motion. Opposing counsel stated that he is not opposed to this motion and is in agreement with it.

**Dated:** August 1, 2017

*/s/ Aaron K. Mulvey*_____

Aaron K. Mulvey
**The Law Offices of Aaron K. Mulvey, PLLC**
518 N. Manus Dr.
Dallas, TX 75224
Tel: 214-946-2222
Aaron@MulveyLaw.net