# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:17-CV-546-L** |
| § | |
| CHANNER LLC; JEROME DAVIS; § | |
| NATIONAL DEBT ASSISTANCE; and § | |
| PLAIN GREEN LLC, § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is the parties' Agreed Motion of Dismissal With Prejudice as to Plain Green Only, filed August 2, 2017. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all causes of action and claims of Plaintiff Craig Cunningham against Defendant Plain Green, LLC are **dismissed with prejudice**. The parties shall bear their own costs.

**It is so ordered** this 3rd day of August, 2017.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**