# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-546-L** |
| | § | |
| **CHANNER LLC, JEROME DAVIS, and** | § | |
| **NATIONAL DEBT ASSISTANCE,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion to Nonsuit National Debt Assistance (Doc. 26), filed September 25, 2017. On October 20, 2017, Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Plaintiff's Motion to Nonsuit National Debt Assistance and dismiss Defendant National Debt Assistance without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). No objections to the Report were filed.

Having reviewed the motion, response, pleadings, file, record in this case, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion to Nonsuit National Debt Assistance (Doc. 26) and **dismisses without prejudice** this action against Defendant National Debt Assistance only.

**It is so ordered** this 31st day of October, 2017.

_____
Sam A. Lindsay
United States District Judge

**Order –Solo Page**