UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> Channer, LLC, Jerome Davis, National Debt Assistance, Plain Green LLC <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § Civil Case No.: 3:17-CV-546-L <br> § <br> § <br> § <br> § <br> § |

**Plaintiff's Motion to Nonsuit John Does 1-5**

COMES NOW, Plaintiff Craig Cunningham, through counsel, hereby moves this Court to dismiss this defendants John Does 1-5, Channer, LLC, Jerome davis, and National debt Assistance WITHOUT PREJUDICE..

**Dated:** November 1, 2017

                                                 */s/ Aaron K. Mulvey*

                                                Aaron K. Mulvey
                                                **The Law Offices of Aaron K. Mulvey, PLLC**
                                                518 N. Manus Dr.
                                                Dallas, TX 75224
                                                Tel: 214-946-2222
                                                Aaron@MulveyLaw.net